1  MICHAEL COSENTINO, SBN 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone:   (510) 523-4702
   Facsimile:    (510)747-1640
4
   Attorney for Plaintiff
5  United States of America

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA            NO. **CV15-03588 SLM**
11
                  Plaintiff,
12                                     **JUDGMENT ON DEFAULT**
            v.
13
   CLINTON STANTON, JR.
14 aka CLINTON O. STANTON, JR.,
   aka CLINTON STANTON
15 aka CLINTON O. STANTON,

16                Defendant.
                                     /
17

18      In the above entitled action, the defendant CLINTON STANTON, JR. aka CLINTON

19 O. STANTON, JR., aka CLINTON STANTON aka CLINTON O. STANTON having been

20 duly served with the Summons and a copy of the Complaint in the action, and the

21 defendant having failed to appear, answer, plead, or otherwise defend in the action within

22 the time allowed by law, or at all, and default having been duly entered; and it further

23 appearing that plaintiff's claim against the defendant is for a sum certain and for interest

24 which can by computation be made certain and for costs; and it further appearing that a

25 declaration on behalf of the plaintiff required by Rule 55 has been filed, setting forth the

26 amounts due plaintiff from said defendant in accordance with the prayer of the Complaint,

27 and also setting forth that defendant is not an infant or incompetent person or in the military

28 service of the United States within the meaning of the Service Members Civil Relief Act [50

1  U.S.C. Appx. §§ 501 *et. seq.*] (formerly the Soldiers' and Sailor's Civil Relief Act of 1940),
2  or otherwise entitled to the benefits of said Act, and praying that Judgment be entered
3  herein.
4      NOW, THEREFORE, by virtue of the law and by reason of the premises aforesaid,
5      IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of
6  and from the defendant, CLINTON STANTON, JR. aka CLINTON O. STANTON, JR., aka
7  CLINTON STANTON aka CLINTON O. STANTON, the sum of $18,697.46 as principal,
8  interest, attorney fees, and costs, plus interest in the amount of $1.20 per day from
9  September 23, 2015, to the date of entry of the judgment, plus post judgment interest
10 thereafter at the current legal rate per annum, pursuant to the provisions of 28 USC Sec.
11 1961(a) which will be compounded annually pursuant to the provisions of 28 U.S.C. Sec
12 1961(b), and judgment is herewith entered accordingly.

14 JUDGMENT ENTERED:   9/25/2015



SUSAN Y. SOONG, Clerk
UNITED STATES DISTRICT COURT

_____
Deputy Clerk   Mark Romyn

JUDGMENT ON DEFAULT     2